UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE CLEVELAND,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT,<br><br>　　　　　Respondent. | No. 2: 20-cv-0674 WBS KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 15, 2020, respondent filed a motion to dismiss. (ECF No. 23.) Petitioner has not filed an opposition. Local Rule 230(l) provides in part: "Failure of the responding party to file a written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion…" Id.

Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within thirty days of the date of this order, why his failure to oppose respondent's October 15, 2020 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. Petitioner is cautioned that failure to respond to the instant order,

////

////

////

1

1 | or to file an opposition to the pending motion to dismiss, will result in a recommendation that this
2 | action be dismissed.
3 | Dated:  December 2, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cleve674.ord