UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE CLEVELAND,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT,<br><br>　　　　Respondent. | No.  2: 20-cv-0674 WBS KJN P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This action proceeds on the amended petition filed April 7, 2020, raising one claim:  petitioner's counsel was ineffective for failing to file the notice of appeal. (ECF No. 14.)  In the amended petition, petitioner also references the claim raised in the original petition, which appears to allege that petitioner's sentence violates the Ex Post Facto Clause.

　　　　On October 15, 2020, respondent filed a motion to dismiss on the grounds that petitioner's claims are barred by the statute of limitations.  (ECF No. 23.)  On December 2, 2020, the undersigned ordered petitioner to show cause for his failure to file an opposition to respondent's motion to dismiss.  (ECF No. 25.)

　　　　On December 14, 2020, petitioner filed a response to the order to show cause.  (ECF No. 26.)  Petitioner alleges that he cannot file an opposition to the motion to dismiss because he does

1

1 | not have his original petition.  Petitioner also alleges that he cannot file an opposition because he
2 | is unable to attend the law library due to the COVID 19 pandemic.
3 |      So that petitioner may prepare his opposition, the Clerk of the Court is directed to send
4 | petitioner a copy of the original and amended petitions.  Petitioner is also granted a thirty days
5 | extension of time to file his opposition.  If petitioner is unable to obtain law library access or
6 | access to a paging system within that time, he shall notify the court.  If possible, petitioner shall
7 | file proof that he does not have law library access or access to a paging system.
8 |      Accordingly, IT IS HEREBY ORDERED that:
9 |     1.  The Clerk of the Court is directed to send petitioner a copy of the original and
10 |        amended petitions (ECF Nos. 5, 14);
11 |     2.  Petitioner is granted thirty days from the date of this order to file his opposition to
12 |        respondent's motion to dismiss; if petitioner is unable to obtain law library access
13 |        within that time, he shall notify the court.
14 | Dated:  January 5, 2021

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cleve674.ord(2)

2