UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE CLEVELAND,<br><br>    Petitioner,<br><br>    v.<br><br>JAMS ROBERTSON,<br><br>    Respondent. | No. 2:20-cv-0674 WBS KJN P<br><br><u>ORDER</u> |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 23, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed February 23, 2021, are adopted in full;

    2. Respondent's motion to dismiss (ECF No. 23) is granted;

1

1        3. This action is dismissed with prejudice; and

2        4. The court declines to issue the certificate of appealability referenced in 28 U.S.C.

3  § 2253.

4  Dated:  April 13, 2021

                       WILLIAM B. SHUBB
5                      UNITED STATES DISTRICT JUDGE

8  /clev0674.801